B6F (Official Form 6F) (12/07)

In re **Hardy A Mahadeo** _____    Case No. ___**12-10531**___

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | |
| Account No. xxxxxx3847<br><br>Aargon Collection Agency<br>8668 W Spring Mountain<br>Las Vegas, NV 89117 | - | | | | Electric Meter Bill | | | | 207.18 |
| Account No. xxxxxxxxxx6263<br><br>ADT Security Services<br>PO Box 371490<br>Pittsburgh, PA 15250 | - | | | | 4/17/2009<br>ADT Security Services | | | | 44.42 |
| Account No. 1237<br><br>Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501 | - | | | | Opened  9/17/05  Last Active 12/17/08<br>CreditCard | | | | 0.00 |
| Account No. 05<br><br>Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | - | | | | Opened  8/30/07  Last Active 12/06/07<br>CheckCreditOrLineOfCredit | | | | 0.00 |

__9__   continuation sheets attached

Subtotal
(Total of this page)          251.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hardy A Mahadeo**                                                                      Case No. ____**12-10531**____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx4599<br><br>Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | | - | Opened 7/26/04 Last Active 6/22/07<br>HomeEquityLineOfCredit | | | | 0.00 |
| Account No.<br><br>Bette Lou Taylor c/o Bradley J. Davis- Davis & Kennedy P.A.<br>755 Rinehart Road Ste 200<br>Lake Mary, FL 32746 | | - | BETTE LOU TAYLOR, SOUTHEAST ORLANDO REALTY, LLC, ET AL.<br><br>VS.<br><br>HARDY A. MAHADEO, EMC MORTGAGE CORPORATION, ET AL.<br><br>CASE NO. 10-CA-8337-0 | | | | 9,840.50 |
| Account No. xxxxxxxxxxxx9026<br><br>Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | | - | Opened 6/16/04 Last Active 7/01/11<br>ChargeAccount | | | | 1,825.00 |
| Account No. xxxxxxxx0449<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | - | Opened 12/13/01 Last Active 8/01/10<br>CreditCard | | | | 11,165.00 |
| Account No. xxxxxxxx2503<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | - | Opened 11/04/05 Last Active 12/01/10<br>CreditCard | | | | 9,234.00 |

Sheet no __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)   **32,064.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hardy A Mahadeo**                                    Case No.    **12-10531**
_____                              _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxx1891<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | - | | | | Opened 4/14/02 Last Active 8/01/10<br>CreditCard | | | | 6,955.00 |
| Account No. xxxxxxxx1161<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | - | | | | Opened 3/03/98 Last Active 12/01/10<br>CreditCard | | | | 3,071.00 |
| Account No. xxxxxxxxx2407<br><br>Chase<br>Po Box 1093<br>Northridge, CA 91328 | - | | | | Opened 5/14/04 Last Active 4/14/08<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. xxxxxxxx0066<br><br>Chase Bank Usa, Na<br>Po Box 15298<br>Wilmington, DE 19850 | - | | | | Opened 2/01/93<br>CreditCard | | | | Unknown |
| Account No. xxxxxxxx3205<br><br>Chase- Bp<br>P.O. Box 15298<br>Wilmington, DE 19850 | - | | | | Opened 1/28/99 Last Active 12/01/10<br>CreditCard | | | | 1,187.00 |

Sheet no. _2_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    11,213.00

B6F (Official Form 6F) (12 07) - Cont.

In re    **Hardy A Mahadeo**                                                    Case No.    **12-10531**
                                                                    ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx4126 <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | - | | Opened 5/18/04 Last Active 8/05/10 <br> CreditCard | | | | 17,650.00 |
| Account No. xxxxxxxx7927 <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | - | | Opened 4/19/02 Last Active 8/05/10 <br> CreditCard | | | | 4,425.00 |
| Account No. xxxxxxxx6136 <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | - | | Opened 8/01/90 Last Active 4/23/02 <br> CreditCard | | | | 0.00 |
| Account No. xxxxxxxx0188 <br><br> **Citimortgage** <br> **Po Box 9438 Dept 0251** <br> **Gaithersburg, MD 20898** | - | | Opened 1/01/88 <br> ConventionalRealEstateMortgage | | | | Unknown |
| Account No. xxxxxx8651 <br><br> **Citimortgage Inc** <br> **Po Box 9438** <br> **Gaithersburg, MD 20898** | - | | Opened 4/14/08 Last Active 3/31/10 <br> ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. _3_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **22,075.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hardy A Mahadeo**                                                Case No. _____**12-10531**_____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0440<br><br>**Consecofin**<br>**345 St Peter/900 Landmk**<br>**Saint Paul, MN 55102** | | - | Opened 6/20/01  Last Active 2/01/02<br>ChargeAccount | | | | 0.00 |
| Account No. xxxx1388<br><br>**Credit Management (Original Credito**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | - | Opened 11/01/10  Last Active 2/01/11<br>Collection Bright House Ne | | | | 139.00 |
| Account No. xxxxxxxx5038<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | - | Opened 5/13/04  Last Active 8/17/11<br>CreditCard | | | | 6,106.00 |
| Account No. xxxxxxxx0433<br><br>**Gemb/Banana Rep**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | - | Opened 12/08/04  Last Active 7/02/10<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxx6213<br><br>**Gemb/Gap**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | - | Opened 12/21/01  Last Active 5/27/10<br>ChargeAccount | | | | 0.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,245.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12 07) - Cont.

In re    **Hardy A Mahadeo**                                                  Case No. ___**12-10531**___
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxxx3047<br><br>Gemb/Ge Money Bank Low<br>Po Box 103065<br>Roswell, GA 30076 | | - | | Opened 7/09/04 Last Active 8/17/11<br>ChargeAccount | | | | 366.00 |
| Account No. xxxxxxxx4133<br><br>Gemb/Jlryacc<br>Po Box 981439<br>El Paso, TX 79998 | | - | | Opened 7/01/05 Last Active 6/26/07<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxx2574<br><br>Gemb/Line<br>Branch Cg1p<br>El Paso, TX 79998 | | - | | Opened 9/01/05 Last Active 6/01/08<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxxxxxx6792<br><br>Gemb/Pcr<br>P.O.Box 981439<br>El Paso, TX 79998-1439 | | - | | Opened 11/07/04 Last Active 7/21/11<br>ChargeAccount | | | | 4,827.00 |
| Account No. xxxxx1312<br><br>Gmac Mortgage<br>Po Box 4622<br>Waterloo, IA 50704 | | - | | Opened 6/14/07 Last Active 1/29/10<br>ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. _5_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                5,193.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Hardy A Mahadeo                                          Case No.    12-10531
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx-xxxxx3304<br><br>Hsbc/Bstby<br>1405 Foulk Road<br>Wilmington, DE 19808 | - | | Opened 5/11/08 Last Active 7/19/11<br>ChargeAccount | | | | 6,151.00 |
| Account No. xxxxxxxx0001<br><br>Hsbc/Sony<br>Pob 15521<br>Wilmington, DE 19805 | - | | Opened 12/01/02 Last Active 2/24/04<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxx2852<br><br>Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | - | | Opened 8/19/05 Last Active 8/17/11<br>ChargeAccount | | | | 144.00 |
| Account No. xxxxxxxxx9620<br><br>Macysdsnb<br>911 Duke Blvd<br>Mason, OH 45040 | - | | Opened 1/24/98 Last Active 8/01/11<br>ChargeAccount | | | | 61.00 |
| Account No. xxxxxxxxx9640<br><br>Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | - | | Opened 5/15/02 Last Active 5/18/03<br>ChargeAccount | | | | 0.00 |

Sheet no. _6_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    6,356.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hardy A Mahadeo**                                       Case No. ____**12-10531**_____
_____,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8426**<br><br>**Mercantile Adjustment Bureau**<br>**PO Box 9016**<br>**Buffalo, NY 14231** | - | | | 10/28/2011<br>**Educational Services** | | | | 7,584.51 |
| Account No. **xxxxxx0206**<br><br>**Municipal Credit Union**<br>**22 Cortlandt St**<br>**New York, NY 10007** | - | | | Opened 8/22/97  Last Active 8/01/11<br>**CheckCreditOrLineOfCredit** | | | | 1,978.00 |
| Account No. **xxxxxxxxx9424**<br><br>**Municipal Credit Union**<br>**22 Cortlandt St**<br>**New York, NY 10007** | - | | | Opened 7/13/01  Last Active 11/22/05<br>**Automobile** | | | | 0.00 |
| Account No. **xxxxxxxxx9423**<br><br>**Municipal Credit Union**<br>**22 Cortlandt St**<br>**New York, NY 10007** | - | | | Opened 1/25/01  Last Active 6/01/04<br>**Unsecured** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx6965**<br><br>**Nissan-Infiniti Lt**<br>**2901 Kinwest Pkwy**<br>**Irving, TX 75063** | - | | | Opened 6/25/05  Last Active 3/10/09<br>**AutoLease** | | | | 0.00 |

Sheet no. _**7**_ of _**9**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,562.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hardy A Mahadeo**                                              Case No. ___**12-10531**___
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx5187<br><br>North Fork Bk & Trust<br>Po Box 30273<br>Salt Lake City, UT 84130 | | - | Opened 3/16/97 Last Active 9/01/02<br>InstallmentSalesContract | | | | 0.00 |
| Account No. xxxxxx2143<br><br>Orlando Utilities Corp.<br>PO Box 4901<br>Orlando, FL 32802 | | - | 10/14/2008<br>Electric Bill | | | | 207.18 |
| Account No. xxxx8247<br><br>Receivables Performa (Original Cred<br>P.O. Box 768<br>Bothell, WA 98041 | | - | Opened 11/01/10 Last Active 8/01/10<br>Collection Sprint | | | | 107.00 |
| Account No. xxxxx9903<br><br>Saint Joseph's Medical Center<br>PO Box 864<br>Mahwah, NJ 07430 | | - | 6/29/2010<br>Medical Bill | | | | 170.00 |
| Account No. xxxxxxxx6450<br><br>Sears/Cbna<br>133200 Smith Rd<br>Cleveland, OH 44130 | | - | Opened 9/01/95 Last Active 6/17/09<br>ChargeAccount | | | | 0.00 |

Sheet no. _**8**_ of _**9**_ sheets attached to Schedule of                     Subtotal                     484.18
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hardy A Mahadeo**                                                    Case No. _____**12-10531**_____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southeast Orlando Realty, LLC**<br>**c/o Bradley J. Davis**<br>**755 Rinehart Road, Ste. 200**<br>**Lake Mary, FL 32746** | - | | BETTE LOU TAYLOR, SOUTHEAST ORLANDO REALTY, LLC, et al.<br><br>**VS.**<br><br>**HARDY A. MAHADEO, et al.**<br><br>**Case No. 10-CA-8337-0** | | | | 4,579.53 |
| Account No. xxxxxx9717<br><br>**Trident Asset Management**<br>**PO Box 888424**<br>**Atlanta, GA 30356** | - | | Electric Meter bill | | | | 207.18 |
| Account No.<br><br>**Vacation Home Store, Inc. c/o**<br>**Bradley J. Davis - Davis &**<br>**Kennedy - 755 Rinehart Rd**<br>**Lake Mary, FL 32746** | - | | **BETTE LOU TAYLOR, ET AL.**<br><br>**VS.**<br><br>**HARDY MAHADEO, EMC MORTGAGE CORPORATION**<br><br>**CASE NO. 10-CA-8337-0** | | | | 4,485.17 |
| Account No. xxxxx2236<br><br>**Vw Credit**<br>**2333 Waukegan Rd**<br>**Deerfield, IL 60015** | - | | **Opened 7/01/07 Last Active 6/01/10**<br>**AutoLease** | | | | Unknown |
| Account No. xxxxxxxxxxxxxx4102<br><br>**Webbank/Dfs**<br>**1 Dell Way**<br>**Round Rock, TX 78682** | - | | **Opened 2/27/03 Last Active 1/21/06**<br>**ChargeAccount** | | | | 0.00 |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 9,271.88 |
| Total (Report on Summary of Schedules) | 102,716.67 |